IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CYNTHIA JONES,

    Petitioner,

v.                                            CASE NO. 1:15-cv-00281-MP-EMT

MIKE CARROLL, MARGUERITE MORGAN,

    Respondents.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 5, 2016. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2. Petitioner's Petition for Writ of Habeas Corpus, Doc. 1, is DISMISSED without prejudice on the ground that the abstention doctrine set forth in *Younger v. Harris*, 401 U.S. 37 (1971) applies.

**DONE AND ORDERED** this   3rd   day of February, 2016

                                            *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge